SALLADAY, Respondent, vs. MINERAL POINT ZINC COMPANY, Appellant.

*February 22—March 10, 1908.*

*Holman v. Mineral Point Zinc Co., ante, p. 132, followed.*

APPEAL from an order of the circuit court for Iowa county: GEORGE CLEMENTSON, Circuit Judge. *Affirmed.*

The complaint in this case is substantially the same as that in *Holman v. Mineral Point Zinc Co., ante,* p. 132, 115 N. W. 327. The demurrer was upon the same grounds, only one of which—that challenging the sufficiency of the complaint—was urged upon the attention of the court.

The cause was submitted for the appellant on the brief of *Spensley & McIlhon,* attorneys, and *P. A. Orton,* of counsel, and for the respondent on that of *Fiedler & Fiedler.*

BASHFORD, J. For the reasons stated in the opinion filed herewith in *Holman v. Mineral Point Zinc Co., ante,* p. 132, 115 N. W. 327, it is considered that the complaint states a good cause of action.

*By the Court.*—The order appealed from is affirmed.